## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEWIS D. BAKER, | ) |
|       Plaintiff, | ) |
| | ) Case No. 1:22-cv-01971-EK-JRC |
| v. | ) |
| MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, ANTONIO O. GARZA, ALKA GUPTA, FRANCISCO LORCA, MICHAEL P. RAFFERTY, JULIE E. SILCOCK, W. BRUCE TURNER, and PEGGY VAUGHAN, | ) |
|       Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 27, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*